| | |
|---|---|
| 1 | WILLIAM G. MALCOLM, #129271 |
| 2 | KEVIN HAHN, #231579 |
|   | MALCOLM ♦ CISNEROS, A Law Corporation |
| 3 | 2112 Business Center Drive, Second Floor |
|   | Irvine, California 92612 |
| 4 | (949) 252-9400 (TELEPHONE) |
| 5 | (949) 252-1032 (FACSIMILE) |
| 6 | Attorneys for Movant |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

In re ) Bankruptcy Case No. 08-42406
)
GUSTAVO ENRIQUE VELADO and ) R.S. No. WGM-1355
ANA GLORIA VELADO, )
) Chapter 13
Debtors. )
_____ )
SAXONMORTGAGE SERVICES, INC., and ) **DECLARATION OF ANNA GOODPASTER IN**
its successors and/or assignees, ) **SUPPORT OF SAXON MORTGAGE'S**
) **MOTION FOR RELIEF FROM AUTOMATIC**
Movant, ) **STAY**
)
vs. )
) HEARING DATE:
GUSTAVO ENRIQUE VELADO and ) DATE: DECEMBER 19, 2008
ANA GLORIA VELADO, Debtors, and ) TIME: 10:00 A.M.
MARTHA G. BRONITSKY, Trustee, ) CTRM: 215
)
Respondents. )
_____ )

       I, ANNA GOODPASTER, declare:

       1.     I am a Senior Manager at SAXON MORTGAGE ("SAXON MORTGAGE"). In the foregoing capacity I have personal knowledge of the status and history of the GUSTAVO ENRIQUE VELADO AND ANA GLORIA VELADO ("DEBTORS") loan account, and if called upon to testify thereto I could and would do so competently and truthfully.

       2.     In my capacity as a Senior Manager, I have access to the business records of SAXON MORTGAGE as they relate to the Debtors. The records of SAXON MORTGAGE are made and kept in the ordinary course of business by persons who have a business duty to make such records

on behalf of SAXON MORTGAGE. The records are made at or near the time of the occurrence of the event or events of which they are recorded. I have personally reviewed the records of SAXON MORTGAGE as they relate to the Debtors herein. The records reflect the payments made by the Debtors, the payments missed, and all charges accruing under the Debtors' loan. Therefore, I am personally familiar with the status of the Debtors' loan.

3. **The Secured Debt.** On or about December 14, 2006, GUSTAVO ENRIQUE VELADO and ANA GLORIA VELADO made and delivered a Promissory Note in the original principal amount of $360,000.00, secured by a First Priority Deed of Trust on the Property commonly known as 4963 SILVERADO DRIVE, FAIRFIELD, CA 94534 (the "Property"). True and correct copies of the Note and Deed of Trust are attached as Exhibits "1" and "2," respectively.

4. **The Default Under The Note.** SAXON MORTGAGE's Note and Deed of Trust are post-petition due for the November 1, 2007 payment. As a result of the default, SAXON MORTGAGE desires to record a Notice of Default and Election To Sell against the Property. The total delinquency under the Note is set forth in detail on Exhibit "3" to the Motion.

5. **The Post-Petition Delinquency.** The Debtors have failed to make post-petition payments that have come due. The total post-petition delinquency is set forth below:

| | | |
|---|---|---|
| 6  Payments at $2,025.00 = | $ | 12,150.00 |
| **Total "Post-Petition" Balance Due:** | **$** | **12,150.00** |

6. **The Debtors' Interest In The Property.** The Debtors are the owners of record of the Property.

7. **The Filing Of The Instant Petition.** On or about May 14, 2008, GUSTAVO ENRIQUE VELADO and ANA GLORIA VELADO filed the instant Chapter 13 Petition as Case No. 08-42406.

///
///
///

DECLARATION IN SUPPORT OF MOTION FOR RELIEF
SSWM24888
Case: 08-42406   Doc# 34-3   Filed: 11/25/08   Entered: 11/25/08 15:19:52   Page 2 of 3
Loan No. 2000548365

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed on November 11, 2008 in Forth Worth, Texas.

/s/ ANNA GOODPASTER
*Signature of Declarant*

Senior Manager
*Title*